UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUYING FENG,

    Plaintiff,

  v.

ALEJANDRO MAYORKAS, et al.,

    Defendants.

Case No.  23-cv-06469-DMR

**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT**

Plaintiff Suying Feng filed the complaint on December 15, 2023.  It appears that the summons and complaint have not yet been served on Defendant.  Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed.  Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than March 28, 2024 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendant.

**IT IS SO ORDERED.**

Dated: March 20, 2024



Donna M. Ryu
Chief Magistrate Judge